STACEY N. SHESTON, Bar No. 186016
stacey.sheston@bbklaw.com
LAURA J. FOWLER, Bar No. 186097
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Defendant
City of Yuba City

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WOLFE and DAVID JANS, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF YUBA CITY,<br><br>Defendant. | Case No.  2:16-cv-01557-MCE-AC<br><br>**JOINT REQUEST FOR APPROVAL OF SETTLEMENT AGREEMENT; ORDER THEREON** |

The parties, Plaintiffs Todd Wolfe, David Jans, Robert Stoddard, Ajinder Gill, and Warren Dickerson ("Plaintiffs"), and Defendant the City of Yuba City (the "City") (collectively the "Parties") submit this Joint Request for Approval of Settlement Agreement ("Request").

**FACTUAL RECITATIONS**

1. Plaintiffs Todd Wolfe and David Jans commenced this action under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  Plaintiffs sought to recover back wages and associated damages and fees caused by the City's failure to include payments made in lieu of health insurance benefits ("cash-in-lieu benefits") in the regular rate of pay when calculating overtime. This case was filed as a "collective action," and the named Plaintiffs asserted claims on behalf of themselves and all similarly situated individuals pursuant to 29 U.S.C. section 216(b).

2. In addition to the two named plaintiffs, three other individuals opted-in as plaintiffs by filing consents to join, including Robert Stoddard, Ajinder Gill, and Warren Dickerson (collectively "Plaintiffs").

3. As of November 2016, the City represents that it calculated and paid overtime compensation arising out of cash-in-lieu benefits to all eligible employees (including current and former employees) for a three-year period dating back to July 1, 2013. When calculating the hours worked, the City took into account all overtime hours – whether that overtime consisted of "contract overtime" (i.e., overtime defined by agreement) or FLSA overtime. In addition to payment of overtime compensation, the City represents that it has paid all eligible employees liquidated damages in an amount equal to the amount of back wages, in an effort to ensure full and complete payment of all recoverable damages. The City issued these payments to all employees in November 2016, not conditioned on the execution of any release or waiver of claims. The parties agree that the City has paid Plaintiffs the maximum liability on all amounts owing within the limitations period (including wages, back pay, liquidated damages, fees, and costs).

4. Plaintiffs and their counsel have been notified that, on a going forward basis, commencing effective July 1, 2016, the City has modified its calculation of the regular rate of pay to include amounts paid as cash-in-lieu benefits.

5. Conditioned upon Court approval of the terms of this Agreement, the City has agreed to pay Plaintiffs' legal counsel (the law firm of Mastagni Holstedt) the amount of $20,000.00, as full and complete attorneys' fees and costs for the prosecution of this action. This amount will be paid within ten (10) days of Court approval of this Request. The City concurs that this amount represents a reasonable fee for the nature of the work performed and the result obtained. Plaintiffs and their legal counsel also confirm that this amount represents reasonable compensation for the work performed and effort expended, in light of the expertise of the Mastagni Holstedt firm. A fully-executed copy of the parties Settlement Agreement is attached hereto as **Exhibit A**.

///

6. Based on the foregoing facts, the parties jointly request that the Court approve the settlement of this action. Once Court approval is obtained, the City will remit payment, and the Plaintiffs will dismiss this Action with prejudice.

Dated: March 8, 2017                BEST BEST & KRIEGER LLP

                                    BY: /s/ Laura J. Fowler
                                        LAURA J. FOWLER
                                        STACEY N. SHESTON
                                        Attorneys for Defendant
                                        City of Yuba City

Dated: January 31, 2017             MASTAGNI HOLSTEDT

                                    BY: /s/ David E. Mastagni (as authorized on 1/31/17)
                                        DAVID E. MASTAGNI
                                        Attorneys for Plaintiffs Todd Wolfe, David Jans,
                                        Robert Stoddard, Ajinder Gill, and Warren
                                        Dickerson

**ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the proposed settlement is hereby approved. Counsel are directed to file a request for dismissal of the entire action once payment has been remitted.

IT IS SO ORDERED.

Dated: March 13, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE