STACEY N. SHESTON, Bar No. 186016
stacey.sheston@bbklaw.com
LAURA J. FOWLER, Bar No. 186097
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Defendant
City of Yuba City

DAVID E. MASTAGNI, Bar No. 204244
ISAAC S. STEVENS, Bar No. 251245
ACE T. TATE, Bar No. 262015
Mastagni Holdstedt
1912 I Street
Sacramento, CA 95811
Telephone:  (916) 446-4692
Facsimile:  (916) 447-4614

Attorneys for Plaintiffs
Todd Wolfe, David Jans, Robert Stoddard,
Ajinder Gill, and Warren Dickerson

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WOLFE and DAVID JANS, on behalf of themselves and all similarly situated individuals, | Case No.  2:16-cv-01557-MCE-AC |
| Plaintiffs, | **JOINT STIPULATION RE DISMISSAL; ORDER THEREON** |
| v. | |
| CITY OF YUBA CITY, | |
| Defendant. | |

1   Plaintiffs Todd Wolfe, David Jans, Robert Stoddard, Ajinder Gill, and Warren Dickerson,

2   and Defendant City of Yuba City (collectively, the "Parties"), hereby submit this Joint Stipulation

3   re Dismissal.

4   The Parties, by and through their respective counsel of record, hereby stipulate that the

5   matter be, and hereby is, dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure

6   Rule 41(a)(1)(ii).

7   IT IS SO STIPULATED.

8   Dated:  March 22, 2017          BEST BEST & KRIEGER LLP

9

10  BY: */s/ Laura J. Fowler*
         LAURA J. FOWLER
         STACEY N. SHESTON

11  Attorneys for Defendant
    City of Yuba City

12  Dated:  March 22, 2017          MASTAGNI HOLSTEDT

13

14  BY:  */s/Ace T. Tate (as authorized on 3/22/17)*
         DAVID E. MASTAGNI

15       ISAAC S. STEVENS
         ACE T. TATE

16  Attorneys for Plaintiffs
    Todd Wolfe, David Jans, Robert Stoddard, Ajinder Gill,

17  and Warren Dickerson

18

19                          **ORDER**

20  Having considered the foregoing stipulation of the parties and good cause appearing, the

21  above captioned matter is hereby dismissed, with prejudice.  The matter having now been

22  concluded in its entirety, the Clerk of Court is directed to close the file.

23  IT IS SO ORDERED.

24  Dated:  March 27, 2017

25

26

27  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

28